IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 9 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-00220-BNB

DEBRA APPLEWHITE SCALES,
    Plaintiff,

v.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION CHAIR NAOMI C. EARP,
    Defendant.

---

## ORDER OF DISMISSAL

---

Plaintiff Debra Applewhite Scales initiated this action by filing *pro se* a Title VII

Complaint. On February 9, 2009, Magistrate Judge Boyd N. Boland ordered Ms.

Scales to file an amended complaint that complies with the pleading requirements of

Rule 8 of the Federal Rules of Civil Procedure. Ms. Scales was warned that the action

would be dismissed without further notice if she failed to file an amended complaint

within thirty days. The clerk of the Court mailed copies of Magistrate Judge Boland's

February 9 order to Ms. Scales at two different addresses that she provided in her

complaint and motion seeking leave to proceed *in forma pauperis*. On February 17,

2009, one of the copies of Magistrate Judge Boland's February 9 order that was mailed

to Ms. Scales was returned to the Court undelivered. The second copy of Magistrate

Judge Boland's February 9 order that was mailed to Plaintiff at the other address has

not been returned to the Court.

Ms. Scales has failed within the time allowed to file an amended complaint in this

action and she has failed to respond to Magistrate Judge Boland's February 9 order in

any way. Therefore, the complaint and the action will be dismissed without prejudice for failure to file an amended complaint as directed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this 18 day of _____ March _____, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00220-BNB

Debra Applewhite-Scales
P.O. Box 18484
Denver, CO 80218

Debra Applewhite-Scales
13606 14th Place
Aurora, CO 80110

      I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/19/09

GREGORY C. LANGHAM, CLERK

By: _____
                           Deputy Clerk